M. P. No. 715. JOHN TURCHETTA AND CAROL TURCHETTA *v.* ZONING BOARD OF REVIEW OF CITY OF WARWICK. Show Cause Order in form and substance same as M. P. 627 above. *Vincent A. Cianci, Jr.,* for petitioners. *Howard R. Haronian,* City Solicitor, for respondent.

M. P. No. 721. E. L. J., INC. *v.* ZONING BOARD OF REVIEW OF TOWN OF BRISTOL. Show Cause Order in form and substance same as M. P. 627 above. *Anthony R. Berretto,* for petitioner. *Ralph C. DeLuca,* Town Solicitor, for respondent.

M. P. No. 731. JAMES VIEIRA AND MARY VIEIRA *v.* ZONING BOARD OF REVIEW OF CITY OF EAST PROVIDENCE. Show Cause Order in form and substance same as M. P. 627 above. *John P. Bourcier,* for petitioners. *Nathan E. Pass,* City Solicitor, for respondent.

M. P. No. 739. FOSTER DEVELOPMENT CORPORATION *v.* ZONING BOARD OF REVIEW OF TOWN OF FOSTER. Show Cause Order in form and substance same as M. P. 627 above. *Paul J. Bordieri,* for petitioner. *Bradford Gorham,* Town Solicitor, for respondent.

M. P. No. 758. THOMAS SCOTTI *v.* ZONING BOARD OF REVIEW OF CITY OF WARWICK. Show Cause Order in form and substance same as M. P. 627 above. *Sidney W. Paull,* for petitioner. *Howard R. Haronian,* City Solicitor, for respondent.

M. P. No. 794. JAMES ROSSI *et ux. v.* ZONING BOARD OF REVIEW OF TOWN OF PORTSMOUTH. Show Cause Order in form and substance same as M. P. 627 above. *Edward B. Corcoran,* for petitioners. *Salvatore L. Virgadamo,* Solicitor for respondent Zoning Board of Review.

M. P. No. 807. PILGRIM LAND DEVELOPERS *v.* ZONING BOARD OF REVIEW OF TOWN OF EAST GREENWICH. Show Cause Order in form and substance same as M. P. 627 above. *Joseph T.*